

<div style="text-align:right">
Benjamin I. Sachs-Michaels
bsachsmichaels@glancylaw.com
745 5th Ave, 5th Floor
New York, New York 10151
T: (212) 935-7400
</div>

April 11, 2025

<u>Via ECF</u>

The Honorable Eric N. Vitaliano
United States District Court
for the Eastern District of New York
225 Cadman Plaza, Courtroom 4C
Brooklyn, NY 11201

Re:   *Blackburn v. Dimon, et al.*, Case No. 1:22-cv-07649-ENV-RML

Dear Judge Vitaliano:

I write on behalf of Plaintiff Charles R. Blackburn in response to Defendants' April 9, 2025 letter regarding the appellate decision in *Elghanian-Halperin v. Dimon*, Index No. 2023-01530, Dkt. No. 12 (N.Y. App. Div. 2d Dep't Apr. 2, 2025).

For the reasons stated in Plaintiff's opposition to Defendants' motion to dismiss, the *Elghanian-Halperin* decision has no bearing on the pending motion because, unlike here, that case involved a litigation demand and the standards for demand futility and demand refusal are different. *See generally* Dkt. No. 27 at 3-4.

<div style="margin-left:50%">
Respectfully submitted,

<u>/s/ Benjamin I. Sachs-Michaels</u>
Benjamin I. Sachs-Michaels
</div>

cc:   All Counsel of Record (via ECF)