UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLES R. BLACKBURN, Derivatively on
Behalf of JPMORGAN CHASE & CO.,

                Plaintiff,                JUDGMENT

   v.                                                  22-CV-7649 (ENV) (RML)

JAMES DIMON, MARIANNE LAKE, LINDA
BAMMANN, STEPHEN BURKE, TODD COMBS,
JAMES CROWN, TIMOTHY FLYNN, MELLODY
HOBSON, LABAN JACKSON, LEE RAYMOND,
and MICHAEL NEAL,

                Defendants,
   And,

JPMORGAN CHASE & CO.,

                Nominal Defendant.
-----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Eric N. Vitaliano, United States District Judge, having been filed on February 19, 2026, granting the motion to dismiss; and dismissing Blackburn's complaint with prejudice; it is

       ORDERED and ADJUDGED that the motion to dismiss is granted; and Blackburn's complaint is dismissed with prejudice.

Dated: Brooklyn, New York                                Brenna B. Mahoney
       February 23, 2026                                    Clerk of Court

                                                          By:   */s/Jalitza Poveda*
                                                                   Deputy Clerk